AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>JARVIS, JAMES H | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>800 Market St, Suite 140<br>Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10:38 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Tennessee Consolidated Retirement System | $ 56,308 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UnimpProp (25%) Townsend, TN $137,800 | B | Rent | | | sell | 6/29 | M | F | |
| 2. Bonds - Flagship Tennessee and Delaware | B | Interest | K | T | | | | | |
| 3. Stock - AT&T & Southwest Bell Telephone | B | Dividend | L | T | | | | | |
| 4. UnimpProp Monroe County, TN $247,500 | | None | M | S | | | | | |
| 5. ImpProp Happy Valley TN $29,500 | | None | K | S | | | | | |
| 6. Colonial Securities Fund | A | Dividend | J | T | | | | | |
| 7. Vodaphone Airtouch Stock | A | Dividend | J | T | | | | | |
| 8. Bell Atlantic Stock (including NYNEX Corp. and Verizon) | A | Dividend | J | T | | | | | |
| 9. Norfolk Southern Ry Stock | A | Dividend | J | T | | | | | |
| 10. SBC CommunicationsStock | | None | | | sell | 1/27 | J | A | |
| 11. CBS Stock (including Viacom) | | None | | | sell | 1/27 | J | A | |
| 12. BellSouth Stock | | None | | | sell | 1/27 | J | A | |
| 13. Qwest Communications Stock | A | Dividend | J | T | | | | | |
| 14. Ameritec Stock | A | Dividend | J | T | | | | | |
| 15. Ford Motor Company Stock | A | Dividend | J | T | | | | | |
| 16. Wyeth Stock | A | Dividend | J | T | buy | 1/27 | J | | |
| 17. Ryan's Steakhouse Stock ■ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigroup Stock | A | Dividend | J | T | | | | | |
| 19. UnimpProp Rockford TN ($100,000) | | None | M | S | | | | | |
| 20. Avaya Stock | A | Dividend | J | T | | | | | |
| 21. Comcast Cable Stock | A | Dividend | J | T | | | | | |
| 22. ImpProp Walland, TN ($132,500) | D | Rent | M | S | | | | | |
| 23. EMC Corporation Stock | A | Dividend | K | T | | | | | |
| 24. Certificate of Deposit - Union Planters Bank | A | Interest | K | T | | | | | |
| 25. Certificate of Deposit - BB&T Banking Corporation | A | Interest | K | T | | | | | |
| 26. The Income Fund of America - Class A | C | Interest | L | T | | | | | |
| 27. Liberty High Yield Securities Fund - A | A | Interest | J | T | | | | | |
| 28. American Balanced Fund - Class C | A | Interest | K | T | | | | | |
| 29. Metro Govt Nashville & Davidson Cnty 12/2/03-Bonds | A | Interest | M | T | | | | | |
| 30. Abbott Laboratories-Common | | None | | | sell | 1/27 | J | A | |
| 31. Air Products & Chemicals-Common | A | Dividend | J | T | | | | | |
| 32. Amsouth Bancorp(Regions Bank)-Common | A | Dividend | K | T | buy | 1/27 | J | | |
| 33. Automatic Data Processing-Common | A | Dividend | J | T | | | | | |
| 34. BB&T Corp Common | | None | | | sell | 1/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Bank of America Corp-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 36.  Baxter International Inc-Common | | None | | | sell | 1/27 | J | A | |
| 37.  Bellsouth Corp-Common | | None | | | sell | 1/27 | J | A | |
| 38.  Caterpillar Tractor-Common | A | Dividend | J | T | sell | 1/27 | J | A | |
| 39.  Chevron Texaco-Common | A | Dividend | J | T | | | | | |
| 40.  Citigroup Inc-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 41.  Conagra Foods-Common | | None | | T | sell | 1/27 | J | A | |
| 42.  Conocophillips-Common | A | Dividend | J | T | sell | 1/27 | J | A | |
| 43.  Consolidated Edison-Common | A | Dividend | J | T | | | | | |
| 44.  Dell-Common | | None | | | sell | 1/27 | J | A | |
| 45.  Dow Chemical-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 46.  E I Dupont-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 47.  EMC Corp-Common | A | Dividend | J | T | | | | | |
| 48.  Emerson Electric-Common | A | Dividend | J | T | | | | | |
| 49.  Exxon Mobil Corp-Common | A | Dividend | J | T | | | | | |
| 50.  General Electric Co-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 51.  H J Heinz Co-Common | A | Dividend | J | T | buy | 1/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J P Morgan Chase & Co-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 53. Johnson City TN GO SER B MBIA INS 12/29/04-Bonds | A | Interest | M | T | | | | | |
| 54. Kimberly Clark Corp-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 55. Kingsport TN GO REF AMBAC INS 3/15/04-Bonds | A | Interest | | | sell | 1/27 | J | A | |
| 56. Kingsport TN GO WTR & SWR SYS MBIA 12/1/04-Bonds | A | Interest | | | sell | 1/24 | L | A | |
| 57. Limited Brands Inc-Common | A | Dividend | J | T | | | | | |
| 58. Marathon Oil Corp-Common | A | Dividend | J | T | sell | 1/27 | J | A | |
| 59. Maury Cnty Tenn GO SCH & PUB IMPT INS 11/1/04-Bonds | A | Interest | M | T | | | | | |
| 60. Federated Tax Free Obligations-ISS Fund #397-Interest | A | Interest | M | T | | | | | |
| 61. Montgomery CO TN GO REF FSA INSD 6/1/03-Bonds | A | Interest | M | T | | | | | |
| 62. Newell Rubbermaid Inc-Common | A | Dividend | J | T | | | | | |
| 63. Nisource Inc-Common | | None | | | sell | 1/27 | J | A | |
| 64. Pitney Bowes Inc -Common | A | Dividend | J | T | | | | | |
| 65. Putnam CNTY TN GO REF AMBAC INS 12/1/02-Bonds | A | Interest | M | T | | | | | |
| 66. Robertson CNTY TN GO-ULT MBIA INS 2/1/04-Bonds | A | Interest | M | T | | | | | |
| 67. ST Paul Companies Inc-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 68. Sara Lee Corp-Common | | None | | | sell | 1/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Southern Company-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 70. Wells Fargo & Co-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 71. Knoxville Tenn Water Rev Sys Bonds dtd 8/10/05 | A | Interest | L | T | | | | | |
| 72. Shelby Cnty Tn GO Ref Ser A bonds dtd 3/10/05 | A | Interest | M | T | | | | | |
| 73. Masco Corp-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 74. Mylan Laboratories-Common | A | Dividend | J | T | buy | 1/27 | J | | |
| 75. XCEL Energy Corp-Common | A | Dividend | J | T | | | | | |
| 76. Ingersol Rand Co-Common | A | Dividend | J | T | | | | | |
| 77. Alcoa Inc-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 78. Duke Energy-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 79. First Horizon Natl Corp-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 80. Gannett Company-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 81. Johnson & Johnson-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 82. Johnson Controls Inc-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 83. Nokia Corp-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 84. Occidental Petroleum Inc-common | A | Dividend | J | T | buy | 1/27 | J | | |
| 85. Sysco Corp-common | A | Dividend | J | T | buy | 1/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Walmart Stores-common | A | Dividend | J | T | buy | 1/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JARVIS, JAMES H | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur[e]      Date

NOTE: [...] [...]ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR[...]

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544